UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEITH LEROY MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>Defendants. | No. 1:16-cv-00098-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND REMANDING ACTION TO THE KERN COUNTY SUPERIOR COURT<br><br>(Doc Nos. 11, 14) |

Plaintiff Lakeith Leroy McCoy is appearing *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 15, 2016, the assigned magistrate judge filed findings and recommendations, recommending that this action be remanded to Kern County Superior Court. (Doc. No. 14.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) No objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The August 15, 2016 findings and recommendations (Doc. No. 14) are adopted in full;
2. The instant action is remanded forthwith to the Kern County Superior Court for lack of subject matter jurisdiction; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **September 13, 2016**    _____
UNITED STATES DISTRICT JUDGE